IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TOMMY R MCGUIRE,

    Petitioner,

v.                                                        CASE NO. 1:08-cv-00128-MP-AK

WALTER A MCNEIL,
STATE OF FLORIDA,

    Respondents.

_____/

# O R D E R

This matter is before the Court on Doc. 5, the Report and Recommendation of the Magistrate Judge, which recommends denying Mr. McGuire's petition. The petitioner has filed objections, doc. 6, which the Court has reviewed. For the reasons which follow, the Report and Recommendation is adopted. The petitioner filed a motion pursuant to Fed. R. Civ. P. 60(b)(3)(6) seeking to have this Court overturn the order of the United States District Court for the Middle District of Florida which rejected his habeas petition. The Court agrees with the Magistrate Judge that despite the name given to this motion, it is in reality simply an attempt to file a successive habeas petition without first receiving the permission of the Eleventh Circuit. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein. The Petition at Doc. 1, and the motion at Doc. 7, are denied. The Clerk is directed to close this case.

    **DONE AND ORDERED** this _30th_ day of March, 2009

                                            *s/Maurice M. Paul*
                                  Maurice M. Paul, Senior District Judge