IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TOMMY R MCGUIRE,

    Petitioner,

v.                                                CASE NO. 1:08-cv-00128-MP-AK

WALTER A MCNEIL,
STATE OF FLORIDA,

    Respondents.

_____/

## **O R D E R**

      This matter is before the Court on the plaintiff's Notice of Appeal construed, in Doc. 19, as a motion for certificate of appealability. Previously, in the order at Doc. 18, the Court denied Petitioner's motion to proceed *in forma pauperis* on appeal (Doc. 17). As set out in the order at Doc. 8, the petitioner filed a motion pursuant to Fed. R. Civ. P. 60(b)(3)(6) seeking to have this Court overturn the order of the United States District Court for the Middle District of Florida which rejected his habeas petition. The Court agreed with the Magistrate Judge that despite the name given to this motion, it is in reality simply an attempt to file a successive habeas petition without first receiving the permission of the Eleventh Circuit. Accordingly, the motion for certificate of appealability, Doc. 19, is denied.

      **DONE AND ORDERED** this  26th  day of May, 2009

                                *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge